DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**Y.R.,** a child,
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-318

[March 22, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 21CJ000106AMB.

Carey Haughwout, Public Defender, and Logan T. Mohs, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Pablo Tapia, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.  See* § 90.704, Fla. Stat. (2021) ("The facts or data upon which an expert bases an opinion or inference may be those perceived by, or made known to, the expert at or before the trial.  If the facts or data are of a type reasonably relied upon by experts in the subject to support the opinion expressed, the facts or data need not be admissible in evidence. Facts or data that are otherwise inadmissible may not be disclosed to the [factfinder] by the proponent of the opinion or inference unless the court determines that their probative value in assisting the [factfinder] to evaluate the expert's opinion substantially outweighs their prejudicial effect.").

WARNER, GERBER and LEVINE, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*